IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EDWARD LEE BROWN                                           PLAINTIFF

v.                     No. 3:18-cv-177-DPM-JTR

STACY WARE JAMES, *et al.*                                DEFENDANTS

### ORDER

Unopposed recommendation, № 20, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Brown's two post-recommendation filings of evidence, № 21 & 23, do not address claims against the defendants discussed in the recommendation. Brown's claims against Officer Tom Scrivner, Wanda Merritt, and the city council members will be dismissed without prejudice. His allegations against these defendants fail to state a solid claim. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/* D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

11 February 2019