# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

EDWARD LEE BROWN                                            PLAINTIFF

v.                        No. 3:18-cv-177-DPM-JTR

STACY WARE JAMES, *et al.*                           DEFENDANTS

## ORDER

The Court concludes that this case would benefit from a Scheduling Order and appointed counsel. Both will help achieve a fair and orderly disposition on the merits. A Final Scheduling Order will issue. Magistrate Judge Ray will appoint counsel, and the Court's referral to him to handle all pretrial matters (including a recommendation on any potentially dispositive motion) remains in place.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 April 2019