# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

EDWARD LEE BROWN                          PLAINTIFF

v.                  No. 3:18-cv-177-DPM-JTR

STACY WARE JAMES; HAROLD JAMES;
RONNIE WILLIAMS, Detective; and
VINCENT SCATIGNA, Officer              DEFENDANTS

## ORDER

1. The Court thanks Magistrate Judge Ray for his good work on this case and withdraws the reference.

2. Brown, Williams, and Scatigna informally advised the Court that they settled. Congratulations. Brown's motion to amend, № 31, is denied as moot. The Court will dismiss with prejudice Brown's claims against Williams and Scatigna.

3. Brown's motion to dismiss Mr. and Mrs. James, № 32, is granted. The Court will dismiss his claims against them without prejudice.

4. The Court will retain jurisdiction for a time to enforce the settlement between Brown, Williams, and Scatigna.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*3 February 2020*